

**Baruch S. Gottesman**
Attorney and Counselor at Law

February 26, 2024

**Via ECF**
The Hon. District Judge Arun Subramanian
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    Letter Motion Request for Permission to Enter Electronic Devices
               and for Order on Wifi Access
               *B2B Rocket, LLC v. Kalendar Inc., et al.*, Case No 1:24-cv-1063

To the Honorable Judge Subramanian:

## I.    Introduction

        I have the honor to represent the Defendants and Counterclaimant in the matter of *B2B Rocket, LLC v. Kalendar Inc., et al.*, Case No. 1:24-cv-1053 (AS). By Scheduling Order dated February 26, 2024 (ECF 16) your Honor scheduled a hearing on the pending motion for a preliminary injunction. In light of the general practices of the Southern District of New York, and in recent proceedings that have heighted security procedures, we respectfully seek a formal Order authorizing the use (and the introduction into the Courthouse) of electronic devices.

## II.    Details of Request

(1)    We respectfully seek leave to introduce into the Courthouse for the hearing on February 27, 2024 a laptop, a cellphone, an HDMI cable and other cords that may be used by the Movant's counsel and their witness during the hearing.

(2)    We respectfully request leave for use of Wifi;

(3)    A Proposed Order is attached.

        No prior request for an extension has been made;

## III.    Conclusion

        For this reason, the Plaintiff's Counsel respectfully requests permission to enter electronic devices and for an order on Wifi use.

                                              RESPECTFULLY SUBMITTED,

                                              Baruch S. Gottesman, Esq

*Served via ECF on all appearing parties*