UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **B2B ROCKET, LLC**,<br><br>        Plaintiff,<br><br>  *~ versus ~*<br><br>**KALENDAR INC.**; *and*<br>**RAVI VADREVU**, *individually*,<br><br>        Defendants. | **Index No.** 1:24-cv-01063<br><br>**PROPOSED ORDER** |
| **KALENDAR INC.**,<br><br>        Counterclaimant,<br><br>  *~ versus ~*<br><br>**NOAH LOUL**; **B2B ROCKET LLC**;<br>**LEADINGLY AI LLC**; *and* **NFT BRANDS INC.**,<br><br>        Counterclaim-Defendants. | |

  Pursuant to the practices of the Southern District of New York and the Trial and Hearing Practices of this Honorable Court and other relevant rules and practices of this Court it is

  ORDERED

1. Counsel, Staff of Counsel, and witness(es) for the Movant in the matter of the application for a Preliminary Injunction in the matter of *B2B Rocket, LLC v. Kalendar Inc.*, Case No. 1:24-cv-01063 (S.D.N.Y.) are each granted leave upon presentment of this Order/Minute Order to Court Security Staff, to introduce into the Courthouse a laptop, a cellphone, an HDMI cable, and other related cords, chargers and electronics equipment for use only during the Hearing on February 26, 2024.

These individuals are:

i. **BARUCH S. GOTTESMAN**
ii. **RAVI VADREVU**

At no time shall any recording or video/photographic recording feature be used on any of the electronics; and the electronics shall not be used in a manner that is disruptive to the Court, Counsel or any other party; or in a manner that violates the standing rules of this Honorable Court for Trials and Hearings.

DATED: _____

SO ORDERED;

BY  _____