UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2B ROCKET, LLC,<br><br>       Plaintiff,<br><br>   -against-<br><br>KALENDAR INC., et al.,<br><br>       Defendants.<br><br>KALENDAR INC,<br><br>       Counterclaimant,<br><br>   -against-<br><br>B2B ROCKET, LLC, et al.,<br><br>       Counterclaim Defendants. | 24-CV-1063 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As stated at the February 29, 2024 status conference, Counterclaimant's preliminary injunction motion is DENIED WITHOUT PREJUDICE and the March 5, 2024 hearing is hereby CANCELED. The parties are ORDERED to meet and confer concerning further proceedings in this matter. The parties should file a joint letter no later than March 8, 2024, providing a proposed schedule for this case.

  The Clerk of Court is directed to terminate the motion at Dkt. 13.

  SO ORDERED.

Dated: February 29, 2024
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge