UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2B ROCKET, LLC, and NOAH LOUL,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>KALENDAR INC.,<br><br>                              Defendant. | 24-CV-1063 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On April 19, 2024, Defendant filed a motion for a preliminary injunction. The parties in this case indicated that they would conduct limited discovery with respect to any motion for injunctive relief. No later than **April 29, 2024**, the parties should file a joint letter indicating whether they are going to conduct this discovery. If so, Defendant's motion will be denied without prejudice so that it can be submitted based on a full evidentiary record.

In addition, Defendant should indicate in the letter why it has filed a motion for preliminary injunction in this matter (despite having not yet asserted any claims in this case), rather than filing the motion in *Kalendar Inc. v. Loul et al.*, 24-cv-2992.

The parties may also address in the letter whether there are any procedural issues with the later-filed case.

The Clerk of Court is directed to terminate the motion at Dkt. 32.

SO ORDERED.

Dated: April 24, 2024
       New York, New York

_____<br>
ARUN SUBRAMANIAN<br>
United States District Judge