UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **B2B ROCKET, LLC**,<br><br>                    Plaintiff,<br><br>~ *versus* ~<br><br>**KALENDAR INC.**; *and*<br>**RAVI VADREVU**, *individually*,<br><br>                    Defendants. | **Index No.**  1:24-cv-01063 |

## ORDER GRANTING DEFENDANTS'
## MOTION TO CONSOLIDATE

**THIS MATTER** having been brought before this Court on Motion of Defendants pursuant to Rule 42(b) to consolidate this action with the matter of *Kalendar Inc. v. Loul, et al.*, 1:24-cv-02992 (S.D.N.Y.) it is hereby ordered that this matter shall be consolidated and going forward shall be captioned under this action as::

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **B2B ROCKET, LLC**,<br><br>                    Plaintiff,<br><br>~ *versus* ~<br><br>**KALENDAR INC.**,<br><br>                    Defendant. | **Index No.**  1:24-cv-01063 |

**KALENDAR INC.**,

Plaintiff,

~ *versus* ~

**NOAH LOUL**; **B2B ROCKET LLC**;
**LEADINGLY AI LLC**; *and* **NFT BRANDS INC.**,

Defendants.

Dated this ____1st____ day of ____May____, 2024

**E N T E R E D**

_____
The Honorable Arun Subramanian, U.S.D.J.