UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2B ROCKET, LLC, and NOAH LOUL,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>KALENDAR INC.,<br><br>                              Defendant. | 24-CV-1063 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On April 19, 2024, Defendant filed a motion for a preliminary injunction. Dkt. 36. The Court denied the motion without prejudice, ordering the parties to conduct expedited discovery related to Defendant's request for injunctive relief. Dkt. 41. The Court also ordered Defendant to file any renewed motion no later than May 31, 2024. To date, no motion for a preliminary injunction has been filed.

Accordingly, Defendant should file a letter no later than **June 20, 2024**, indicating whether it intends to move for a preliminary injunction and, if so, why it failed to meet the Court's deadline.

SO ORDERED.

Dated: June 17, 2024
       New York, New York

                                                         _____
                                                              ARUN SUBRAMANIAN
                                                            United States District Judge