UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2B ROCKET, LLC, and NOAH LOUL,<br><br>      Plaintiffs,<br><br>-against-<br><br>KALENDAR INC.,<br><br>      Defendant. | 24-CV-1063 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's Order, Defendant was required to file a letter no later than June 20, 2024, indicating whether it intends to move for a preliminary injunction and, if so, why it failed to meet the Court's deadline. *See* ECF No. 52. Defendant has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to June 24, 2024. If no letter is submitted, then the Court will deem the Defendant to have abandoned any motion for preliminary injunctive relief.

  SO ORDERED.

Dated: June 21, 2024
   New York, New York

                      _____
                       ARUN SUBRAMANIAN
                      United States District Judge