UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2B Rocket, LLC and Noah Loul, | |
| Plaintiffs, | |
| -against- | 24-CV-2992 (AS) |
| Kalendar Inc., | 24-CV-1063 (AS) |
| Defendant. | ORDER |
| Kalendar Inc., | |
| Plaintiff, | |
| -against- | |
| Noah Loul et al., | |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the case management plan that governs both 24-cv-1063 and its member case 24-cv-2992, motions for summary judgment were due on January 27, 2025. No such motions were made, so the parties should meet and confer and propose trial dates in March or April. A joint letter with the proposed trial dates and an update on the status of the cases must be submitted by **January 31, 2025**.

SO ORDERED.

Dated: January 28, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge