UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2B Rocket, LLC and Noah Loul,<br><br>      Plaintiffs,<br><br> -against-<br><br>Kalendar Inc.,<br><br>      Defendant.<br><br>Kalendar Inc.,<br><br>      Plaintiff,<br><br> -against-<br><br>Noah Loul et al.,<br><br>      Defendants. | 24-CV-1063 (AS)<br>24-CV-2992 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Motions for summary judgment were due on January 27, 2025. No such motions were made, so the Court ordered the parties to submit a joint letter with proposed trial dates and an update on the status of the cases by January 31, 2025. There was no response from the parties.

  The parties must file the status letter, containing proposed trial dates for March and April, by **February 6, 2025 at 12:00 PM**. If no letter is filed, these cases may be dismissed for failure to prosecute.

  SO ORDERED.

Dated: February 4, 2025
   New York, New York

                  ARUN SUBRAMANIAN
                  United States District Judge